**Chiles P. EVANS, Plaintiff—Appellant,**

v.

**Gene JOHNSON, Director, Virginia Department of Corrections; Fred Schilling, Department of Corrections Medical (Head); L. Kelly, Warden—SX-1, Defendants—Appellees.**

No. 07–6465.

United States Court of Appeals, Fourth Circuit.

Submitted: July 19, 2007.

Decided: July 25, 2007.

Chiles P. Evans, Appellant Pro Se. Mark Ralph Davis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chiles P. Evans appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Evans v. Johnson,* No. 2:06–cv–00404–JBF (E.D.Va. Mar. 7, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*